## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA

GRANITE STATE INSURANCE )
COMPANY and NEW HAMPSHIRE )
INSURANCE COMPANY, )
)
)
Plaintiffs, )
)
)
v. )
)   Case No. 8:10-cv-01542-JSM-EAJ
AMERICAN BUILDING MATERIALS, )
INC., KB HOME, INC., and KB HOME )
TAMPA, LLC. )
)
)
Defendants. )

## AGREED MOTION TO TRANSFER PURSUANT TO
## MIDDLE DISTRICT OF FLORIDA LOCAL RULE 1.04(b)

Pursuant to Middle District of Florida Local Rule 1.04(b), Plaintiffs Granite State
Insurance Company ("Granite State") and New Hampshire Insurance Company ("NHIC")
hereby, with the agreement of Defendants American Building Materials, Inc., KB Home, Inc.,
and KB Home Tampa LLC, move this Court for an order transferring this proceeding to the
docket of The Honorable Susan C. Bucklew, Senior United States District Judge.  In support of
this motion, Plaintiffs state as follows:

1.      On or about January 28, 2010, Auto-Owners Insurance Company ("Auto-
Owners") filed a complaint in the United States Court for the Middle District of Florida against
defendants in the instant case, American Building Materials, Inc. ("ABM"), KB Home Tampa,
LLC, and KB Home, Inc. (collectively "KB Home") and captioned *Auto-Owners Insurance
Company v. American Building Materials, Inc., et al*, 8:10-cv-00313-SCB-AEP (the "*Auto-*

*Owners* Action"). On or about May 27, 2010, Auto-Owners filed an amended complaint in the *Auto-Owners* Action.

2.      The *Auto-Owners* Action was assigned to Judge Bucklew and Magistrate Judge Anthony E. Porcelli, and has been designated as a "Track Two" proceeding pursuant to Middle District of Florida Local Rule 3.05.

3.      In the *Auto-Owners* Action, Auto-Owners seeks a declaration that no coverage exists under a policy of insurance issued by Auto-Owners to ABM for claims arising out of allegedly defective drywall supplied and installed by defendants ABM and KB Home, respectively, and that Auto-Owners has no duty to defend or indemnify ABM and KB Home for claims arising from this allegedly defective drywall.

4.      On July 13, 2010, Granite State and NHIC filed the instant suit against ABM and KB Home in the United States District Court for the Middle District of Florida (the "*Granite State* Action"). The *Granite State* Action has also been designated as a "Track Two" proceeding pursuant to Middle District of Florida Local Rule 3.05.

5.      Like the *Auto-Owners* Action, the *Granite State* Action seeks a declaration that no coverage exists under policies of insurance issued by Granite State and NHIC to ABM for claims arising out of allegedly defective drywall supplied and installed by defendants ABM and KB Home, respectively, and that Granite State and NHIC have no duty to defend or indemnify ABM for claims arising from this allegedly defective drywall.

6.      Pursuant to Middle District of Florida Local Rule 1.04(b), "[i]f cases assigned to different judges are related because of either a common question of fact or any other prospective duplication in the prosecution or resolution of the cases," a court may transfer the later-filed case to the judge assigned to the first-filed among the related cases. M.D.Fla.R. 1.04(b). Two actions

are "related" for the purposes of transfer pursuant to Middle District of Florida Local Rule 1.04(b) when allowing the actions to proceed before two different judges may result in duplication in the prosecution or resolution of the cases, or when the two actions share a common question of fact. *Id.*

In the instant case, the *Auto-Owners* Action and the *Granite State* Action are related for the purposes of this rule because the two actions involve common questions of fact, including: (1) whether and when ABM supplied the allegedly defective drywall to KB Home; (2) the nature of the damages being claimed against ABM and KB Home; (3) whether the drywall at issue was actually defective in the first instance; (4) the date of sale or installation of the drywall; and (5) the nature of any contractual relationships between ABM and KB Home. If these issues are before the same judge, the Court will be in a position to develop a familiarity with the common factual issues in dispute in both actions, thereby promoting efficiency, consistency, and conservation of judicial resources. *See U.S. v. Chica*, 14 F.3d 1527, 1533 (11th Cir. 1994) ("courts can and should take all appropriate steps to increase efficiency and to conserve judicial resources").

WHEREFORE, Plaintiffs Granite State and NHIC respectfully request that this Court transfer the instant action to the docket of The Honorable Susan C. Bucklew, Senior United States District Judge, in accordance with Middle District of Florida Local Rule 1.04(b).

## CERTIFICATE OF COMPLIANCE WITH MIDDLE DISTRICT OF FLORIDA LOCAL RULE 3.01(g)

I hereby certify that counsel for Granite State and NHIC has conferred with Defendants in a good faith effort to resolve the issues that are the subject of this Motion, and that Defendants have agreed to this Motion.

Respectfully submitted,

3

/s/ Cindy L. Ebenfeld
Cindy L. Ebenfeld, Esq.
Florida Bar No. 980579
HICKS, PORTER, EBENFELD & STEIN, P.A.
11011 Sheridan Street, Suite 104
Cooper City, Florida 33026
Tel: (954) 624-8700
Fax: (954) 624-8064
cebenfeld@mhickslaw.com
                    -and-
Joseph A. Hinkhouse, Esq.
Frank E. Valenti, Esq.
HINKHOUSE WILLIAMS WALSH LLP
180 N. Stetson Avenue, Suite 3400
Chicago, Illinois 60601
Tel: (312) 784-5400
Fax: (312) 784-5499
jhinkhouse@hww-law.com
fvalenti@hww-law.com
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on **September 23, 2010, a** true and correct copy of the

foregoing was electronically filed with the Court using CM/ECF. I also certify that a true and

correct copy of the foregoing document is being served on counsel of record listed below, via

transmission of Notices of Electronic Filing generated by CM/ECF, this **23rd day of**

**September, 2010:**

Thomas G. Long, Esq.
Charles A. Carlson, Esq.
Amy E. Stoll, Esq.
Barnett, Bolt, Kirkwood, Long & McBride, P.A.
601 Bayshore Boulevard, Suite 700
Tampa, FL 33606
Tel:    813-253-2020
Fax:    813-251-6711
CCarlson@barnettbolt.com
*Attorneys for Defendants KB Home*

4

Thamir A. R. Kaddouri, Jr., Esq.
Ron A. Mattson, Esq.
Law office of Thamir A. R. Kaddouri, Jr., P.A.
3214 West Cypress Street
Tampa, FL 33607
Tel:    813-879-5752
Fax:    813-879-5707
Thamir.kaddouri@tampalaw.org
Ron.mattson@tampalaw.org
*Attorneys for Defendant American Building Materials, Inc.*

_____/s/ Cindy L. Ebenfeld_____

4823-1923-0471, v. 2