IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

GRANITE STATE INSURANCE
COMPANY and NEW HAMPSHIRE
INSURANCE COMPANY,

    Plaintiffs,

v.                                   CASE NO. 8:10-CV-01542-JSM-EAJ

AMERICAN BUILDING MATERIALS,
INC., KB HOME, INC., and KB HOME
TAMPA, LLC.,

    Defendants.
_____/

**DEFENDANT, AMERICAN BUILDING MATERIALS, INC.'S,
NOTICE OF CONFLICT**

This is to notify the Court and counsel in the above-styled case that counsel for Defendant, American Building Materials, Inc., has the following trial scheduled which will be in conflict with the scheduled commencement of trial of the above-styled case, which is currently listed on the Court's docket for a two-week jury trial commencing December 5, 2011:

> *Renna Enterprises, Inc., et al., Plaintiffs, v. Kroons Enterprises, LLC and Canco General Contractors, Inc., Defendants,* Case No. 2009-CA-004575, has a ten day jury trial commencing during the weeks of December 5, 2011, and December 12, 2011, in the Tenth Judicial Circuit Court in and for Polk County, Florida, before The Honorable Neil A. Roddenbery.

The filing and service of this Notice shall constitute an application and request for an extension and/or for a protective order, as may be required for the above reasons.

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on March 31, 2011, a true and correct copy of the foregoing was electronically filed with the Court using CM/ECF. I also certify that a true and correct copy of the foregoing document is being served on the following counsel of record, via transmission of Notices of Electronic Filing generated by CM/ECF, on this 30th day of March, 2011.

| | |
|---|---|
| Cindy Lea Ebenfeld, Esquire<br>Hicks, Porter, Ebenfeld & Stein, P.A.<br>11011 Sheridan Street, Suite 104<br>Cooper City, Florida 33026<br>cebenfeld@mhickslaw.com<br>*Counsel for Plaintiffs* | Joseph A. Hinkhouse, Esquire<br>Frank E. Valenti, Esquire<br>Hinkhouse Williams Walsh LLP<br>180 North Stetson Avenue, Suite 3400<br>Chicago, Illinois 60601<br>jhinkhouse@hww-law.com<br>fvalenti@hww-law.com<br>*Counsel for Plaintiffs* |
| Charles A. Carlson, Esquire<br>Amy E. Stoll, Esquire<br>Barnett, Bolt, Kirkwood, Long & McBride<br>601 Bayshore Boulevard, Suite 700<br>Tampa, Florida 33606<br>ccarlson@barnettbolt.com<br>astoll@barnettbolt.com<br>*Counsel for KB Home* | |

                                            /s/ Thamir A.R. Kaddouri, Jr., Esquire
                                        THAMIR A.R. KADDOURI, JR., Trial Counsel
                                        Florida Bar No.: 0186600
                                        RON A. MATTSON
                                        Florida Bar No: 0555721
                                        LAW OFFICE OF THAMIR A. R.
                                        KADDOURI, JR., P.A.
                                        3214 West Cypress Street
                                        Tampa, Florida 33607
                                        Telephone:    (813) 879-5752
                                        Facsimile:    (813) 879-5707
                                        *thamir.kaddouri@tampalaw.org*
                                        *ron.mattson@tampalaw.org*
                                        *Attorneys for Defendant, American Building Materials, Inc.*