UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

GRANITE STATE INSURANCE
COMPANY and NEW HAMPSHIRE
INSURANCE COMPANY,

            Plaintiffs,

v.                                      Case No. 8:10-cv-1542-T-24-EAJ

AMERICAN BUILDING MATERIALS,
INC., KB HOME, INC., and KB HOME
TAMPA, LLC,

            Defendants.
_____/

**<u>ORDER</u>**

      This cause comes before the Court on a Motion for Continuance of Summary Judgment Proceedings Pursuant to Rule 56(d), filed by Defendants KB Home, Inc. and KB Home, Tampa, LLC (collectively, "KB Home"). (Dkt. 31.) Defendant American Building Materials, Inc. ("ABM"), has filed a notice stating that it joins KB Home in this motion. (Dkt. 35.)

      Plaintiffs Granite State Insurance Co. and New Hampshire Insurance Co. jointly filed a motion for summary judgment. (Dkt. 30.) They seek a declaration that they have no duty to defend or indemnify the defendants with respect to any claims or damages arising from defective Chinese drywall claims. The motion was filed on April 27, 2011, long before the July 5, 2011 discovery cutoff and August 1, 2011 dispositive motion deadline set by the Court.

      In the instant motion, KB Home contends that significant choice of law issues remain, which shall control the determination of whether a duty to defend and indemnify exists. KB Home therefore moves the Court to continue the summary judgment proceedings, including KB Home's response to the Plaintiffs' summary judgment motion, until the discovery cutoff to allow

for completion of the discovery bearing on the choice of law issue. Plaintiffs oppose this motion.

KB Home's response to the pending summary judgment motion is due before the instant Rule 56(d) motion to continue shall become ripe. Accordingly, the Court concludes that the instant motion is **GRANTED IN PART** to the limited extent that KB Home's and ABM's responses to the pending summary judgment motion shall not be due until a date certain, which shall be set by the Court in its ruling on the Rule 56(d) motion for continuance.

**DONE AND ORDERED** at Tampa, Florida, this 19th day of May, 2011.

*/s/ Susan C. Bucklew*
SUSAN C. BUCKLEW
United States District Judge

Copies to:
Counsel of Record